UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on November 7, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

MICHAEL AGYEMAN, DEBTOR(S)

Case No.: 16-31933 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: November 7, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Michael Agyeman,  Debtor(s)

Case no.  16-31933 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

 The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

 ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$0.00**   for a total of **$500.00.**   The allowance shall be payable

 ___XXXX___   through the Chapter 13 plan as an administrative priority.

 _____   outside the plan.

**<u>DEBTOR'S CHAPTER 13 PLAN PAYMENTS ARE MODIFIED TO REQUIRE</u>**

**<u>PAYMENTS AS FOLLOWS:</u>**

**$1,350 paid in through June 2017**

**$229 per month for twenty-eight (28) months starting July 2017**

**$247 per month for twenty-five (25) months starting November 2019**

 This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.