Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31933−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Agyeman
   dba Agyeman Agency Farmers Insurance
   454 21st Street, 2nd Floor
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*64* − Motion for Relief from Stay re: CHILD SUPPORT. Receipt Number FEE UNPAID, Fee Amount $ 181. Filed by Flora Amankwah. (Attachments: # 1 Certification of Flora Amsnkwah # 2 Statement As To Why No Brief Is Necessary # 3 Certificate of Service # 4 Proposed Order) (bwj)

*65* − Notice of Hearing for: (related document:64 Motion for Relief from Stay re: CHILD SUPPORT. Receipt Number FEE UNPAID, Fee Amount $ 181. Filed by Flora Amankwah. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 4/14/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (LVJ)

Dated: 4/9/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court