Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

      Case No.:  16−31933−SLM  
      Chapter:  13  
      Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Michael Agyeman  
   dba Agyeman Agency Farmers Insurance  
   454 21st Street, 2nd Floor  
   Irvington, NJ 07111

Social Security No.:  
   xxx−xx−8666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/23/20 at 10:00 AM

to consider and act upon the following:

**75** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/1/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**77** − Certification in Opposition to (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/1/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Michael Agyeman. (Raymond, Herbert)

Dated: 8/25/20

                                    Jeanne Naughton  
                                    Clerk, U.S. Bankruptcy Court