| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br> MICHAEL AGYEMAN |

Order Filed on November 13, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-31933 SLM

Hearing Date:  11/13/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 13, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  MICHAEL AGYEMAN

Case No.:  16-31933

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/13/2020 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $287.00 starting on 11/1/2020 for 1 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $292.00 starting on 12/1/2020 for the remaining 12 month(s).