1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on February 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL AGYEMAN, DEBTOR(S)

Case No.:  16-31933 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is
hereby **ORDERED**.

**DATED: February 3, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Michael Agyeman,  Debtor(s)

Case no.  16-31933 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**   for a total of **$800.00.**  The allowance shall be payable

    \_\_\_XXXX\_\_\_   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

**DEBTOR'S CHAPTER 13 PLAN PAYMENTS ARE MODIFIED TO REQUIRE PAYMENTS AS FOLLOWS:**

**$10,556 paid in through October 2020**

**$287 for the month of November 2020**

**$292 per month for three (3) months starting December 2020**

**$380 per month for nine (9) months starting March 2021**

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.