Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31933−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Agyeman
   dba Agyeman Agency Farmers Insurance
   454 21st Street, 2nd Floor
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/28/21 at 10:00 AM

to consider and act upon the following:

*113* − Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 04/5/2021. (Attachments: # 1 Certification # 2 Exhibit Order Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by Herbert B. Raymond on behalf of Michael Agyeman. (Raymond, Herbert)

Dated: 4/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court