| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on July 21, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br><br>MICHAEL AGYEMAN, DEBTOR(S) | Case No.: 16-31933 (SLM)<br><br>Adv. No.:<br><br>Hearing Date: 7/20/2021<br><br>Judge: STACEY MEISEL |

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: July 21, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Michael Agyeman,  Debtor(s)

Case no.  16-31933 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

  ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,300.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,300.00**.  The allowance shall be payable

  ___XXXX___   through the Chapter 13 plan as an administrative priority.

  _____  outside the plan.

  This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.