| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) |

**Order Filed on October 28, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 16-31933 (SLM) |
|---|---|
|  | Adv. No.: |
| MICHAEL AGYEMAN, DEBTOR(S) | Hearing Date: |
|  | Judge: STACEY MEISEL |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 28, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Michael Agyeman,  Debtor(s)

Case no.  16-31933 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$600.00** for services rendered and expenses in the amount **$0.00**   for a total of **$600.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.