| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br><br>Order Filed on January 27, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    MICHAEL AGYEMAN | Case No.:  16-31933 SLM<br><br>Hearing Date:  1/26/2022 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 27, 2022**

                                                                               */s/ Stacey L. Meisel*
                                                                          Honorable Stacey L. Meisel
                                                                          United States Bankruptcy Judge

Debtor(s): MICHAEL AGYEMAN

Case No.: 16-31933

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/26/2022 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $655.00 starting on 2/1/2022 for 5 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,272.00 starting on 7/1/2022 for the remaining 17 month(s); and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1200 and/or provide proof of payment by 1/31/22 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney.