Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31933−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Agyeman
   dba Agyeman Agency Farmers Insurance
   454 21st Street, 2nd Floor
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8666

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/3/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 3, 2022
JAN: LVJ

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 16-31933-SLM

Michael Agyeman                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                                  Page 1 of 2
Date Rcvd: Feb 03, 2022        Form ID: 148                              Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Agyeman, 454 21st Street, 2nd Floor, Irvington, NJ 07111-4312 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516503333 | | Flora Amankwah, 88 North Aumberland Way, Monmouth Junction, NJ 08852 |
| 516503334 | + | Middlesex County Probation, PO Box 789, New Brunswick, NJ 08903-0789 |
| 516583239 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518333802 | | US Dept of Education, National Payment Center, PO Box 790336, St Louis, MO 63179-0336 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516503329 | + | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 22:05:38 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516503330 | | EDI: CAPITALONE.COM | Feb 04 2022 02:28:00 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516503332 | + | EDI: AMINFOFP.COM | Feb 04 2022 02:28:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 516716737 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:29 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516721304 | | EDI: PRA.COM | Feb 04 2022 02:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516715360 | + | EDI: JEFFERSONCAP.COM | Feb 04 2022 02:28:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516503335 | | EDI: TFSR.COM | Feb 04 2022 02:28:00 | Toyota Financial Services, PO Box 17187, Baltimore, MD 21297 |
| 516503337 | | EDI: TFSR.COM | Feb 04 2022 02:28:00 | Toyota Motor Credit, 19001 South Western Avenue, PO Box 2958, Torrance, CA 90509 |
| 516503336 | | EDI: TFSR.COM | Feb 04 2022 02:28:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516503338 | | EDI: TFSR.COM | Feb 04 2022 02:28:00 | Toyota Motor Credit, PO Box 22202, Owings Mills, MD 21117 |
| 516503339 | | EDI: TFSR.COM | Feb 04 2022 02:28:00 | Toyota Motor Credit Corporation, Attn: Asset |

Case 16-31933-SLM    Doc 153    Filed 02/05/22    Entered 02/06/22 00:13:14    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 148 | Total Noticed: 23 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | | Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 516583239 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 03 2022 22:03:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516503340 | + EDI: ECMC.COM | Feb 04 2022 02:28:00 | U S Dept Of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 516769499 | EDI: ECMC.COM | Feb 04 2022 02:28:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 516503342 | + EDI: ECMC.COM | Feb 04 2022 02:28:00 | US Dept Of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 516503343 | + EDI: BLUESTEM | Feb 04 2022 02:28:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flora Amankwah |
| 516503331 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 516503341 | *+ | U S Dept Of Education, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Michael Agyeman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 4